**Opinion issued September 5, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-13-00435-CV**

————————————

**IN RE EDWARD R. NEWSOME, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**[1]

Relator, Edward Ray Newsome, has filed a pro se petition for writ of mandamus, challenging the trial court's denial of his motion for new trial and seeking various other forms of relief.

---

[1] The underlying case is *Newsome v. Walgreen Drug Store,* No.1995-25994 in the 189th District Court of Harris County, Texas, the Honorable Bill Burke presiding.

1

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.